_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 11/19/12



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 3:09-14189 |
| EDWARD BRASWELL BALDWIN and ) | Chapter 11 |
| TISHA CELESS BALDWIN ) | Judge Randal S. Mashburn |
| ) | |
| **Debtors.** ) | |

### ORDER GRANTING FINAL ACCOUNTING AND MOTION FOR FINAL DECREE

Upon the FINAL ACCOUNTING AND MOTION FOR FINAL DECREE and Notice thereon, both having been filed with the United States Bankruptcy Court for the Middle District of Tennessee on October 24, 2012; and copies of same having been served on the U.S. Trustee, and to all other Creditors and Parties-of-Interest, and there having been no written objections filed and served on same; it is hereby **ORDERED** that the Debtor's Final Accounting is **APPROVED**, and that a **FINAL DECREE** be issued in this case and the Clerk of this Court is directed to close this file.

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have sent a true and exact copy of the foregoing to Beth Roberts Derrick, Assistant United States Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 16th day of November, 2012.

                                              **/S/ STEVEN L. LEFKOVITZ**
                                              Steven L. Lefkovitz

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.