IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 Proceeding |
| EDWARD AND TISHA BALDWIN, ) | Case No. 309-14189 |
| ) | Randal S. Mashburn, Judge |
|   Debtor-in-possession. ) | |
| ) | |
| EDWARD AND TISHA BALDWIN, ) | |
| ) | |
|   Movant, ) | |
| ) | |
| -v- ) | |
| ) | |
| STATEBRIDGE COMPANY, ) | |
| ) | |
|   Respondent. ) | |

## MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY PROVISIONS OF SECTION 362(A), THE TERMS OF THE CONFIRMATION ORDER AND THE DISCHARGE INJUNCTION OF SECTION 524 OF THE BANKRUPTCY CODE

Comes the Debtor, through counsel, and moves this Honorable Court to STATEBRIDGE COMPANY in contempt of this Court for willful violation of the automatic stay provisions of Section 362(a); the provisions of the order confirming Chapter 11 plan and the discharge injunction of Section 524 the Bankruptcy Code. In support of said motion, the following would be shown unto Court:

The Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Tennessee, which was confirmed by order of this Court.

The Debtor scheduled STATEBRIDGE COMPANY as a lienholder on house and lot located at 717 Old Hickory Blvd., Brentwood, TN 37027 under the terms and conditions of the attached provisions of the plan confirmed by the Court. This is confirmed by the attached statement dated January 6, 2017.

STATEBRIDGE COMPANY has failed to apply the funds paid by the Debtor in accordance with the order of confirmation of this Court. Said actions by STATEBRIDGE COMPANY constitute a wanton and willful violation of the automatic stay and the order of confirmation of this Chapter 11 plan, notwithstanding notice of the Bankruptcy and the automatic stay provisions of Section 362(a) and the discharge injunction of Section 524 of the Bankruptcy Code.

BASED ON THE FOREGOING, the Debtor prays that be held in contempt of the automatic stay provisions of Section 362(a), for not complying with the terms and conditions of the order of confirmation entered in this case and the discharge injunction Section 524 of the Bankruptcy Code and that as appropriate sanctions, (1) that the claim of STATEBRIDGE COMPANY be deemed satisfied and paid in full, including against any co-obligor; (2) that STATEBRIDGE COMPANY be required to pay all compensatory damages suffered by the Debtor; (3) that the lien of STATEBRIDGE COMPANY be deemed released and satisfied in full; (4) that STATEBRIDGE COMPANY be assessed with the Debtor's reasonable attorney's m fees for pursuing this action; and that the Debtor have such other and further and general relief to which it would be entitled under the premises.

Respectfully submitted,

/s/ Steven L. Lefkovitz
Steven L. Lefkovitz, BPR #5953
LEFKOVITZ AND LEFKOVITZ
618 Church Street, Ste 410
Nashville, Tennessee 37219
Telephone: (615) 256-8300
Facsimile: (615) 255-4516
*Attorney for Debtor*

VERIFICATION

I hereby certify under the penalties of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/Edward Baldwin
Edward Baldwin

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was sent to Beth Roberts Derrick, Assistant United States Trustee, and STATEBRIDGE COMPANY, by CM/ECF electronic filing, this June 21, 2016. Additionally, a copy of this pleading was sent to STATEBRIDGE COMPANY, 5680 Greenwood Plaza Blvd, Suite 100 S, Greenwood Village, CO 80111, by US Mail. Postage Prepaid, this the 3rd day of March, 2017.

/s/ Steven L. Lefkovitz
Steven L. Lefkovitz