IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
) **Chapter 11 Proceeding**
**EDWARD AND TISHA BALDWIN,** ) **Case No. 309-14189**
) **Randal S. Mashburn, Judge**
   Debtor. )
)

## MOTION TO DETERMINE PROPERTY OF THE ESTATE, NATURE AND EXTENT OF LIEN, AND FOR DAMAGES

Comes the Debtor, through counsel, and for complaint in this cause, would show the following unto the Court:

1. The Debtors filed a petition for relief under Chapter 11 of the Bankruptcy Code on 12/11/2009; the Debtors' plan was confirmed on 06/29/2012

Date terminated: 12/10/2012; and the Debtors have been operating under the plan ever since.

2. The Debtors scheduled Litton Loan Servicing, 4828 Loop Central Dr Houston TX 77081, which then assigned the loan to STATEBRIDGE COMPANY, 6061 S Willow Dr, Greenwood Village, CO 80111. As a lienholder on house and lot located at 717 Old Hickory Blvd., Brentwood, TN 37027 under the terms and conditions of the attached provisions of the plan confirmed by the Court.

3. The Debtors tendered to the Defendant a check to payoff said lien. Said check was never negotiated, and to date, the Defendant has done nothing either to recover the check or seek any payment under the plan. After an extended period of time, the Debtors were able to stop and recover the funds from the bank, due to fact that they issued a cashier's check, and need to either payoff the claim or have the claim deemed paid in full

-1-

due to the actions of the Defendant.

4. The Debtors have had no further contact with this creditor.

WHEREFORE the Debtors wish to resolve this claim with the creditor but are unable to facilitate any response. Accordingly, the Debtors seek the relief sought herein.

Respectfully submitted,

/s/ Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tn 37219
(615)256-8300
slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to the United States Trustee and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 14th day of March 2022.

.
I further certify that I have sent a true and exact copy of the foregoing to the Debtor and all creditors and parties-in-interest pursuant to Litton Loan Servicing, 4828 Loop Central Dr Houston TX 77081, and STATEBRIDGE COMPANY, 6061 S Willow Dr, Greenwood Village, CO 80111. by U.S. Mail, postage prepaid, this 15th day of March, 2022

/S/ STEVEN L. L EFKOVITZ
Steven L. Lefkovitz