Form hrgnot

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Bankruptcy Proceeding No. 3:09−bk−14189
Chapter 11
Judge Randal S Mashburn

In Re:

| | |
|---|---|
| Edward Braswell Baldwin III<br>717 Old Hickory Blvd<br>Brentwood, TN 37027 | Tisha Celess Baldwin<br>717 Old Hickory Blvd<br>Suite A<br>Brentwood, TN 37027 |

Social Security No.
  xxx−xx−0085                                      xxx−xx−0644

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held :

Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 8/23/22 at 09:30 AM

to consider and act upon the following:

*216* – Debtors' Motion for / to Determine Property of the Estate, Nature and Extent of Lien and for Damages. Certificate of Service mailed on 8/5/2022. Filed on the behalf of: Debtor Edward Braswell Baldwin III, Joint Debtor Tisha Celess Baldwin. (LEFKOVITZ, STEVEN)

Dated: 8/5/22                                                                  /s/ TERESA C. AZAN
                                                                                        Clerk, U.S. Bankruptcy Court